UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:14-CR-46-001 |
| | ) | JUDGE GREER |
| STEVEN CHRISTOPHER | ) | |
| a/k/a "FRANCHISE" | ) | |

SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence investigation report for STEVEN CHRISTOPHER correctly sets forth the pertinent sentencing factors of 18 U.S.C. § 3553(a), the correct advisory guideline calculation of 188 to 235 months imprisonment, based upon a total offense level of 31 and correct criminal history level calculation of VI. However, the United States reserves the right to file any appropriate motion for departure in accordance with local rules.

                                    Respectfully submitted,

                                    WILLIAM C. KILLIAN
                                    United States Attorney

By:    *s/ J. Gregory Bowman*
        J. GREGORY BOWMAN
        Assistant U.S. Attorney
        220 West Depot Street, Ste. 423
        Greeneville, TN 37743
        423/639-6759

CERTIFICATE OF SERVICE

       I hereby certify that on June 26, 2015, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                              By:    *s/ J. Gregory Bowman*
                                      J. GREGORY BOWMAN
                                      Assistant U.S. Attorney